JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE N. BETETA,<br><br>                Petitioner,<br>     v.<br><br>KEN CLARK, Warden,<br><br>                Respondent. | Case No. CV 10-6139-GAF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 1, 2011

                            HONORABLE GARY A. FEESS
                            United States District Judge

Prepared by:


HONORABLE OSWALD PARADA
United States Magistrate Judge